certiorari to the Supreme Court of the State of Ohio denied. *Mr. Harry B. Arnold, Mr. James C. Jones, Mr. George F. Haid* and *Mr. James C. Jones, Jr.*, for petitioner. *Mr. Smith W. Bennett* for respondents.

---

No. 586. NELLIE HODGE, AS ADMINISTRATRIX, ETC., ET AL. *v.* ARTHUR L. MEYER ET AL.   October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jules·Chopak* and *Mr. Walter Carroll Low* for petitioners. *Mr. Howard Taylor, Mr. Philip W. Russell* and *Mr. Roy C. Gasser* for respondents.

---

No. 587. ERNEST G. WALKER *v.* GENEVIEVE K. GISH. October 28, 1918.   Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. S. Herbert Giesy* for petitioner. *Mr. Henry F. Woodard* for respondent.

---

No. 588. REICHERT TOWING LINE, INC., *v.* HOME INSURANCE COMPANY ET AL.   October 28, 1918.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Francis Martin* for petitioner. *Mr. Pierre M. Brown, Mr. Samuel Park* and *Mr. Henry E. Mattison* for respondents.

---

No. 589. REICHERT TOWING LINE, INC., *v.* JACOB RICE. October 28, 1918.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.